DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff:* **Meryl Pomponio**

CRIS CAMPBELL VAUGHAN, *Cal. Bar No.:99568*
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Tel: 916-6609401 / Fax: 916-660-9378
cvaughan@adasolutionsgroup.com

*Attorneys for Defendants:* **VJP Inc., Gurjinder Kaur, Zhan Yong Yu, Sally Yu, Beatrice Abram, Suzanne Gullet, Rosalind Gullet, Randolph Gullet, and Robert N. Gullet**

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
10/9/2020

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| **MERYL POMPONIO**, | Case No.: 4:19-cv-08364-YGR |
| Plaintiff, | |
| v. | **STIPULATED DISMISSAL WITH PREJUDICE** |
| **VJP INC.**, as an entity and doing business as "Vintage Wine Shoppe & Liquor", **GURJINDER KAUR**, as an individual and doing business as "Vintage Wine Shoppe & Liquor", **ZHAN YONG YU**, as an individual and doing business as "The Chinese Kitchen", **SALLY YU**, as an individual and doing business as "The Chinese Kitchen", **BEATRICE ABRAM, SUZANNE GULLETT, ROSALIND GULLETT, RANDOLPH GULLETT, ROBERT N. GULLETT,** and **DOES** 1-50, Inclusive, | |
| Defendants. | |

1
2
3    **IT IS HEREBY STIPULATED** by and between the parties in this action through their
4    designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**,
5    pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  The parties shall bear their own costs
6    and attorney fees in connection with the lawsuit and the negotiation and preparation of any
7    agreement entered into by such parties.
8
9
10   Date:  July 9th, 2020                                            /s/Daniel Malakauskas_____
                                                                      By: Daniel Malakauskas, of,
11                                                                    MALAKAUSKAS LAW, APC,
                                                                      Attorney for Plaintiff
12
13   Date:  July 9th, 2020                                            /s/Cris Campbell Vaughan_____
                                                                      By: Cris Campbell Vaughan, of,
14                                                                    VAUGHAN & ASSOCIATES,
                                                                      Attorney for Defendants
15
16
17
18
19
20
21
22
23
24
25
26
27
28